# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| K.B., | : |
|         Plaintiff, | : |
| | : |
| v. | :   Civil No. 5:21-cv-04292-JMG |
| | : |
| CONRAD WEISER AREA SCHOOL DISTRICT, *et al.*, | : |
|         Defendant. | : |

## ORDER

**AND NOW**, this 24th day of January, 2022, after careful consideration of Plaintiff's Motion to Proceed Under a Pseudonym (ECF No. 19), Defendant's Response in Opposition (ECF No. 20), Plaintiff's Reply (ECF No. 26), and for the reasons provided in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion (ECF No. 19) is **GRANTED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge